# United States Court of Appeals
## For the First Circuit

No. 12-2055

MING CHEN,

Petitioner,

v.

ERIC H. HOLDER, JR., Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on July 9, 2013 is amended as follows:

Cover page: "ERIC H. HOLDER., JR." is corrected to "ERIC H. HOLDER, JR."

Page 2, line 3: "Board of Immigration Appeal's" is corrected to "Board of Immigration Appeals'".

Page 3, line 21: A parenthesis ")" is added to the end of the quotation.